UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MANN,

    Petitioner,

                                                             File no: 1:08-CV-491

v.

                                                             HON. ROBERT HOLMES BELL

SHIRLEE A. HARRY,

    Defendant.
                                /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    THEREFORE, IT IS ORDERED that:

Petitioner's habeas corpus petition is **DENIED.**

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**. *See Slack v.* McDaniel, 529 U.S. 473 (2000).


Dated: August 26, 2008                              /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE